UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



CHAD R. GOETZ

        Plaintiff

vs.

QUALITY RESOURCES, INC.

        Defendant

Civil Case No. 5:14-cv-1099-TJM-ATB

## JOINT STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties to the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that this action shall be dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own costs and fees.

Dated: July 30, 2015

FOR THE PLAINTIFF:

/s/ Chad R. Goetz

Chad R. Goetz
P.O. Box 234
Liverpool, New York 13088
cgoetz74@gmail.com
315.466.9719

*Plaintiff*

FOR THE DEFENDANT:

GREENSPOON MARDER, P.A.

/s/ Jennifer B. Hirschberg

RICHARD W. EPSTEIN
Florida Bar No. 229091
*(Admitted Pro Hac Vice)*
N.D. New York Bar No. 107200
richard.epstein@gmlaw.com
maria.salgado@gmlaw.com
JEFFREY A. BACKMAN
Florida Bar No. 0662501
*(Admitted Pro Hac Vice)*
N.D. New York Bar No. 303118
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com

JENNIFER B. HIRSCHBERG
Florida Bar No. 41923
*(Admitted Pro Hac Vice)*
N.D. New York Bar No. 519042
jennifer.hirschberg@gmlaw.com
maite.alvarez@gmlaw.com
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958

and

MORGAN MELHUISH ABRUTYN
JOSEPH DEDONATO
N.D. New York Bar No. 507284
j.dedonato@morganlawfirm.com
rimossi@morganlawfirm.com
651 West Mt. Pleasant Avenue
Suite 200
Livingston, NJ 07039
Telephone: 973.994.2500
Facsimile: 973.994.3375

*Counsel for Defendant, Quality Resources, Inc.*

**SO ORDERED:**

_____
Hon. Thomas J. McAvoy, SUSDJ

Dated: _August 4_, 2015